Argued June 5—decided June 5, 1973

STATE OF CONNECTICUT *v.* IRVING BROWN

The defendant's motion to review the order of the trial court denying the reduction of his bond and ordering that the aforesaid bond be reduced to $5000 in the appeal from the Superior Court in New Haven County having been considered is denied.

*John R. Williams,* in support of the motion.

Submitted May 17—decided June 5, 1973

THE WILLIAM G. MAJOR CONSTRUCTION COMPANY, INC. *v.* JOHN DeMICHELY ET AL.

The motion by the named defendant to amend the appeal and the assignment of errors in the appeal from the Superior Court in Fairfield County at Stamford is granted.

*Raymond F. Ross,* in support of the motion.

Submitted May 17—decided June 5, 1973

LAURINO J. SALVIO ET AL. *v.* ZONING BOARD OF APPEALS OF THE CITY OF NEW BRITAIN

The plaintiffs' petition for certification for appeal from the Court of Common Pleas in Hartford County is denied.

*Charles G. Karanian,* in support of the petition.

*Andrew S. Aharonian,* in opposition.